KEVIN G. CLARKSON
ATTORNEY GENERAL

Rebecca H. Cain (Alaska Bar No. 9811056)
Chief Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6600
Facsimile: (907) 276-3697
Email: rebecca.cain@alaska.gov

Attorney for defendants Michael J. Dunleavy, Governor of the State of Alaska, Kevin G. Clarkson, Attorney General for the State of Alaska, Bruce Tangeman, Commissioner, Department of Revenue and Anne Weske, Director of the Permanent Fund Dividend Division

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI NICHOL SMITH, on behalf of herself and others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL DUNLEAVY, in his official capacity of Governor of the State of Alaska, Kevin Clarkson, in his official capacity as Attorney General of the State of Alaska, Bruce Tangeman, in his official capacity as Commissioner of the State of Alaska, Department of Revenue, Anne Weske, in her official capacity as Director of the Permanent Fund Division, State of Alaska, Department of Revenue,<br><br>        Defendants. | Case No. 3:19-cv-00298-HRH<br><br>**NOTICE OF APPEARANCE** |

Please take notice that Rebecca Cain, Chief Assistant Attorney General, enters his

appearance as counsel of record in the above-captioned matter for the defendants. Copies

of all pleadings, documents and correspondence related to the above-captioned case should be directed to:

>Rebecca H. Cain
>Chief Assistant Attorney General
>Office of the Attorney General
>Department of Law
>1031 West Fourth Avenue, Suite 200
>Anchorage, AK 99501

DATED: November 25, 2019.

          KEVIN G. CLARKSON
          ATTORNEY GENERAL

    By:   /s/Rebecca H. Cain
          Rebecca H. Cain
          Chief Assistant Attorney General
          Alaska Bar No. 9811056
          Department of Law
          1031 West Fourth Avenue, Suite 200
          Anchorage, AK 99501
          Phone: (907) 269-6600
          Facsimile: (907) 276-3697
          Email: rebecca.cain@alaska.gov
          Attorney for Defendants

<u>Certificate of Service</u>
I certify that on November 25, 2019 the foregoing **Notice of Appearance** was served electronically on:

| | |
|---|---|
| Caitlin Shortell | Heather Gardner |
| 911 W. 8th Avenue, Suite 204 | 4141 B Street, Suite 410 |
| Anchorage, AK 99501 | Anchorage, AK 99503 |
| cs.sgalaw@gmail.com | hgardnerlaw@gmail.com |

<u>/s/Cassidy R. White</u>
Cassidy R. White, Law Office Assistant II