**From:** ▮▮▮▮ (DOR) <▮▮▮▮@alaska.gov>
**Sent:** Tuesday, November 5, 2019 5:09 PM
**To:** denali▮▮▮▮.com; cs▮▮▮▮com
**Subject:** RE: Information request +20180605660+

Hello Denali Smith and Caitlin Shortell,

Denali thank you for speaking with me earlier today. Our records show that your 2019 PFD is scheduled for payment on November 21st. Also, I have attached a copy of your 2019 PFD application, a copy of the 2018 denial, and a copy of your 2018 application. If you would like to appeal your 2018 denial please complete the Request for Informal Appeal, provide all of the information listed on the denial letter, and include an explanation of why the appeal was received after March 17, 2019.

If I can be of further assistance please let me know.

Thank You,

▮▮▮▮

Permanent Fund Dividend ▮▮▮▮
Phone (907) ▮▮▮▮
Fax (907) ▮▮▮▮

Department of Revenue, Permanent Fund Dividend Division
PO Box 110462
Juneau, AK 99811-0462
On the web: http://pfd.alaska.gov/

Check your status at myPFD

**Confidentiality Statement**
This message (including any attachments) contains confidential information intended for a specific individual and purpose and is protected by law. If you are not the intended recipient, you should delete this message. Any disclosure, copying, or distribution of this message, or the taking of any action based on it, is strictly prohibited.