KEVIN G. CLARKSON
ATTORNEY GENERAL

Rebecca H. Cain (Alaska Bar No. 9811056)
Chief Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6600
Facsimile: (907) 276-3697
Email: rebecca.cain@alaska.gov

Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI NICOLE SMITH, on behalf of herself and others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL DUNLEAVY, in his official capacity of Governor of the State of Alaska, KEVIN CLARKSON, in his official capacity as Attorney General of the State of Alaska, BRUCE TANGEMAN, in his official capacity as Commissioner of the State of Alaska, Department of Revenue, ANNE WESKE, in her official capacity as Director of the Permanent Fund Division, State of Alaska, Department of Revenue,<br><br>    Defendants. | Case No. 3:19-cv-00298-HRH |

**STIPULATION FOR EXTENSION OF TIME TO FILE REPORT OF PARTIES' PLANNING MEETING**

Plaintiff, Denali Smith, and Defendants, Michael Dunleavy, Kevin Clarkson,

Bruce Tangeman, and Anne Weske ask the Court for a brief extension of time until

Friday, December 20, 2019, in which to file the report of the parties' planning meeting. The report of the parties' planning meeting is due today under the Court's initial status order. The parties have met and diligently worked towards setting dates in this matter but need a few additional days in which to file their report. Accordingly, the parties ask the Court for a brief extension of time until Friday, December 20, 2019, in which to file their report with the Court.

DATED: December 16, 2019.

KEVIN G. CLARKSON
ATTORNEY GENERAL

By: /s/Rebecca H. Cain
Rebecca H. Cain
Chief Assistant Attorney General
Alaska Bar No. 9811056
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-6600
Facsimile: (907) 276-3697
Email: rebecca.cain@alaska.gov
Attorney for
State of Alaska

Certificate of Service

I certify that on December 16, 2019 the foregoing **Stipulation for Extension of Time to File Report of Parties' Planning Meeting** and **[Proposed] Order Granting Extension of Time in Which to File Report of Parties' Planning Meeting** was served electronically on:

Caitlin Shortell
Shortell, Gardner & Ahearn LLC
310 K Street, Suite 250
Anchorage, AK 99501

Stipulation for Extension of Time 3:19-cv-00298-HRH
*Smith v. Dunleavy, et al.* Page 2 of 3
Case 3:19-cv-00298-HRH Document 10 Filed 12/16/19 Page 2 of 3

Heather L. Gardner
Attorney
Shortell, Gardner & Ahearn LLC
645 G Street, Suite 100-75
Anchorage, AK  99501


cs.sgalaw@gmail.com and hgardnerlaw@gmail.com


/s/Rebecca H. Cain
Sabina Perez-Figueroa, Law Office Assistant