KEVIN G. CLARKSON
ATTORNEY GENERAL

Rebecca H. Cain (Alaska Bar No. 9811056)
Chief Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6600
Facsimile: (907) 276-3697
Email: rebecca.cain@alaska.gov

Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI NICOLE SMITH, on behalf of herself and others similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>MICHAEL DUNLEAVY, in his official capacity of Governor of the State of Alaska, KEVIN CLARKSON, in his official capacity as Attorney General of the State of Alaska, BRUCE TANGEMAN, in his official capacity as Commissioner of the State of Alaska, Department of Revenue, ANNE WESKE, in her official capacity as Director of the Permanent Fund Division, State of Alaska, Department of Revenue,<br><br>               Defendants. | Case No. 3:19-cv-00298-HRH |

**DEFENDANTS' LIST OF SUBJECTS FOR DISCOVERY**

Defendants, Michael Dunleavy, Kevin Clarkson, Bruce Tangeman, and Anne Weske file the following list of subjects for discovery per the Scheduling and Planning Order [Dkt. 13] issued by the Court:

1. Discovery is needed concerning liability for Plaintiff's equal protection claims raised in her complaint.

2. Discovery is needed concerning Defendants' relevant defenses to those claims.

DATED: January 8, 2020.

        KEVIN G. CLARKSON
        ATTORNEY GENERAL

By: /s/Rebecca H. Cain
    Rebecca H. Cain
    Chief Assistant Attorney General
    Alaska Bar No. 9811056
    Department of Law
    1031 West Fourth Avenue, Suite 200
    Anchorage, AK 99501
    Phone: (907) 269-6600
    Facsimile: (907) 276-3697
    Email: rebecca.cain@alaska.gov
    Attorney for
    State of Alaska

Certificate of Service

I certify that on January 8, 2020 the foregoing was served electronically on:

Caitlin Shortell
Shortell, Gardner & Ahearn LLC
310 K Street, Suite 250
Anchorage, AK  99501

Heather L. Gardner
Attorney
Shortell, Gardner & Ahearn LLC
645 G Street, Suite 100-75
Anchorage, AK  99501


cs.sgalaw@gmail.com and hgardnerlaw@gmail.com


/s/Rebecca H. Cain
Rebecca H. Cain