KEVIN G. CLARKSON
ATTORNEY GENERAL

Rebecca H. Cain (Alaska Bar No. 9811056)
Chief Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6600
Facsimile: (907) 276-3697
Email: rebecca.cain@alaska.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI NICOLE SMITH, on behalf of herself and others similarly situated,<br><br>　　　　Plaintiff<br><br>v.<br><br>MICHAEL DUNLEAVY, in his official capacity of Governor of the State of Alaska, KEVIN CLARKSON, in his official capacity as Attorney General of the State of Alaska, BRUCE TANGEMAN, in his official capacity as Commissioner of the State of Alaska, Department of Revenue, ANNE WESKE, in her official capacity as Director of the Permanet Fund Divisoin, State of Alaska, Department of Revenue,,<br><br>　　　　Defendants | Case No. 3:19-cv-00298-HRH<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME** |

　　　　Defendants Michael Dunleavy, Kevin Clarkson, Bruce Tangeman, and Anne

Weske, move for a brief, unopposed extension of time in which to file their

response to Plaintiff's motion seeking leave to amend her complaint. The

Defendants ask the court for a brief extension until Tuesday January 28, 2020. The

brief extension is needed because of a personal and unexpected issue for Defendant's counsel. The requested extension is not opposed by plaintiff's counsel.

DATED: January 24, 2020.

KEVIN G. CLARKSON
ATTORNEY GENERAL

By: /s/Rebecca H. Cain
Rebecca H. Cain
Chief Assistant Attorney General
Alaska Bar No. 9811056
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-6600
Facsimile: (907) 276-3697
Email: rebecca.cain@alaska.gov
Attorney for State of Alaska

Certificate of Service

I certify that on January 24, 2020 the foregoing **Unopposed Motion For Extension Of Time and [Proposed] Order Granting Extension of Time** was served electronically on:

| Caitlin Shortell | Heather L. Gardner |
| Shortell, Gardner & Ahearn LLC | Shortell, Gardner & Ahearn LLC |
| 911 W. 8th Ave., Suite 204 | 645 G Street, Suite 100-754 |
| Anchorage, AK 99501 | Anchorage, AK 99501 |

cs.sgalaw@gmail.com and hgardnerlaw@gmail.com

/s/Sabina Perez-Figueroa
Sabina Perez-Figueroa, Law Office Assistant

*Smith v. Dunleavy, et al*  3:19-cv-00298-HRH
Unopposed Motion for Extension of Time  Page 2 of 2
Case 3:19-cv-00298-HRH   Document 17   Filed 01/24/20   Page 2 of 2