KEVIN G. CLARKSON
ATTORNEY GENERAL

Rebecca H. Cain (Alaska Bar No. 9811056)
Chief Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6600
Facsimile: (907) 276-3697
Email: rebecca.cain@alaska.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI NICOLE SMITH, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL DUNLEAVY, in his official capacity of Governor of the State of Alaska, KEVIN CLARKSON, in his official capacity as Attorney General of the State of Alaska, BRUCE TANGEMAN, in his official capacity as Commissioner of the State of Alaska, Department of Revenue, ANNE WESKE, in her official capacity as Director of the Permanent Fund Division, State of Alaska, Department of Revenue,<br><br>Defendants. | Case No. 3:19-cv-00298-HRH |

**MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

Pursuant to Federal Rule of Civil Procedure 5.2 and LR 7.3(f), Defendants, Governor Michael Dunleavy, Attorney General Kevin Clarkson, Acting Commissioner of Revenue, Michael Barnhill, and Director, Anne Weske, ("State") hereby move for leave to file under seal Exhibit A, B, and C attached to the State's opposition to motion for leave to amend complaint. Exhibit A is the declaration of Ms. Weske. Exhibit B and C

are letters sent by PFD to the Megan Hodge. Per state law, AS 43.23.110 and 15 AAC 23.253 information regarding an individual's PFD application is confidential and not subject to public disclosures. The undersigned certifies that it is not feasible or practical to file a redacted version of the documents without undermining the subject's privacy or voiding the protections attached to that document. The State respectfully submits this motion for an order permitting it to file Exhibits A, B, and C to the State's opposition to motion for leave to amend under seal. A proposed order is attached hereto.

DATED: January 28, 2020.

>KEVIN G. CLARKSON
>ATTORNEY GENERAL
>
>By: /s/Rebecca H. Cain
>Rebecca H. Cain
>Chief Assistant Attorney General
>Alaska Bar No. 9811056
>Department of Law
>1031 West Fourth Avenue, Suite 200
>Anchorage, AK 99501
>Phone: (907) 269-6600
>Facsimile: (907) 276-3697
>Email: rebecca.cain@alaska.gov
>Attorney for Defendants

Certificate of Service

I certify that on January 28, 2020 the foregoing **Motion For Leave To File Documents Under Seal** was served electronically on:

| | |
|---|---|
| Caitlin Shortell | Heather L. Gardner |
| Shortell, Gardner & Ahearn LLC | Shortell, Gardner & Ahearn LLC |
| 911 W. 8th Ave., Suite 204 | 645 G Street, Suite 100-75 |
| Anchorage, AK 9950 | Anchorage, AK 99501 |

cs.sgalaw@gmail.com and hgardnerlaw@gmail.com

/s/Rebecca H. Cain
Sabina Perez-Figueroa, Law Office Assistant