KEVIN G. CLARKSON
ATTORNEY GENERAL

Rebecca H. Cain (Alaska Bar No. 9811056)
Chief Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6600
Facsimile: (907) 276-3697
Email: rebecca.cain@alaska.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI NICOLE SMITH, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL DUNLEAVY, in his official capacity of Governor of the State of Alaska, KEVIN CLARKSON, in his official capacity as Attorney General of the State of Alaska, BRUCE TANGEMAN, in his official capacity as Commissioner of the State of Alaska, Department of Revenue, ANNE WESKE, in her official capacity as Director of the Permanent Fund Division, State of Alaska, Department of Revenue,<br><br>Defendants. | Case No. 3:19-cv-00298-HRH |

**[PROPOSED] ORDER GRANTING STATE'S MOTION TO FILE DOCUMENTS UNDER SEAL**

For the reasons stated in the Defendants' Motion for Leave to File Documents

Under Seal, the Defendant's request is GRANTED. Exhibit A, B, and C filed with the

Defendant's Opposition to Motion for Leave for Leave to Amend Complaint will be accepted for filing under seal.

DATED: _____, 2020.

                                                                         H. Russell Holland
                                                                          United States District Court Judge

DATED: January 28, 2020.

                                          KEVIN G. CLARKSON
                                          ATTORNEY GENERAL

                                        By:   /s/Rebecca H. Cain
                                                       Rebecca H. Cain
                                                       Chief Assistant Attorney General
                                                       Alaska Bar No. 9811056
                                                       Department of Law
                                                       1031 West Fourth Avenue, Suite 200
                                                       Anchorage, AK 99501
                                                       Phone: (907) 269-6600
                                                       Facsimile: (907) 276-3697
                                                       Email: rebecca.cain@alaska.gov
                                                       Attorney for Defendants

<u>Certificate of Service</u>

I certify that on January 28, 2020 the foregoing **[Proposed] Order Granting State's Motion To File Documents Under Seal** was served electronically on:

| | |
|---|---|
| Caitlin Shortell | Heather L. Gardner |
| Shortell, Gardner & Ahearn LLC | Shortell, Gardner & Ahearn LLC |
| 911 W. 8th Ave., Suite 204 | 645 G Street, Suite 100-75 |
| Anchorage, AK 99501 | Anchorage, AK 99501 |

cs.sgalaw@gmail.com and hgardnerlaw@gmail.com

/s/Rebecca H. Cain
Sabina Perez-Figueroa, Law Office Assistant