KEVIN G. CLARKSON
ATTORNEY GENERAL

Rebecca H. Cain (Alaska Bar No. 9811056)
Chief Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6600
Facsimile: (907) 276-3697
Email: rebecca.cain@alaska.gov

Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI NICOLE SMITH, on behalf of herself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL DUNLEAVY, in his official capacity of Governor of the State of Alaska, KEVIN CLARKSON, in his official capacity as Attorney General of the State of Alaska, BRUCE TANGEMAN, in his official capacity as Commissioner of the State of Alaska, Department of Revenue, ANNE WESKE, in her official capacity as Director of the Permanent Fund Division, State of Alaska, Department of Revenue,<br><br>Defendants. | Case No. 3:19-cv-00298-HRH |

**DECLARATION OF REBECCA H. CAIN**

I, Rebecca H. Cain, declare under penalty of perjury that the following is true and correct:

1. I am counsel of record for the Defendants and have knowledge of the facts contained in this declaration.

2. Plaintiff filed a motion for leave to amend her complaint. In that motion Plaintiff asks for leave to add three new plaintiffs.

3. Defendants filed an opposition to Plaintiff's motion for leave to amend.

4. In support of Defendants' opposition to the motion for leave to amend, Defendants provided copies of some documents from the new plaintiffs' PFD files and a declaration describing the processing of those plaintiffs' PFDs. These documents were identified as Exhibits A, B, and C.

5. Under state law, AS 43.23.110 and 15 AAC 23.253, PFD applications and information about individual's PFDs are protected from disclosure.

6. The parties have not yet agreed on a process for disclosing and filing protected documents.

7. Defendants moved to file the attachments under seal to preserve the protections and any expectation of privacy attached to the exhibits.

8. Filing under seal allows plaintiff and counsel access to those documents but restricts access to third parties. Because federal district court pleadings are readily available through PACER any protection that would attach to these documents would quickly be lost absent a request to file under seal.

9. Redacting the documents would not preserve the protection contemplated by the statute or regulation. Accordingly, Defendants move to file the documents under seal.

DATED: February 6, 2020.

    KEVIN G. CLARKSON
    ATTORNEY GENERAL

By: /s/Rebecca H. Cain
Rebecca H. Cain
Chief Assistant Attorney General
Alaska Bar No. 9811056
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Phone: (907) 269-6600
Facsimile: (907) 276-3697
Email: rebecca.cain@alaska.gov
Attorney for State of Alaska

Declarations have the same legal force as affidavits. 28 U.S.C. § 1746.

Certificate of Service

I certify that on February 6, 2020 the foregoing declaration was served electronically on:

Caitlin Shortell
911 W. 8th Ave., Suite 204
Anchorage, AK 99501

Heather L. Gardner
Attorney
645 G Street, Suite 100-754
Anchorage, AK 99501

cs.sgalaw@gmail.com and hgardnerlaw@gmail.com

/s/Rebecca H. Cain
Sabina Perez-Figueroa, Law Office Assistant