IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DENALI NICOLE SMITH     v.     MICHAEL DUNLEAVY, et al.

JUDGE H. RUSSEL HOLLAND     CASE NO. 3:19-cv-0298-HRH

PROCEEDINGS:  **ORDER FROM CHAMBERS**

On January 28, 2020, defendants moved to file three exhibits under seal.[1] On February 7, 2020, as required by Local Rule 7.3(f)(2)(B), defendants separately filed the declaration of Rebecca H. Cain[2] in support of their motion to seal. This declaration does not, however, fully comply with Local Rule 7.3(f)(2)(B). In particular, Local Rule 7.3(f)(2)(B) requires that the declaration be filed under seal and "include as an attachment a copy of the document that is proposed to be filed under seal." Defendants shall promptly comply with all the requirements of Local Rule 7.3(f)(2)(B).

---

[1] Docket No. 18.

[2] Docket No. 25.