IN UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DENALI NICOLE SMITH     v.     MICHAEL DUNLEAVY, et al.

JUDGE  H. RUSSEL HOLLAND          CASE NO.  3:19-cv-0298-HRH

PROCEEDINGS:     **ORDER FROM CHAMBERS**

Defendants move for leave to file Exhibits A, B, and C, which are offered in support of their opposition to plaintiff's motion to amend, under seal.[1] Defendants' motion for leave to seal is granted. Exhibits A, B, and C, which are attached to the sealed Declaration of Rebecca H. Cain,[2] shall remain under seal.

---

[1]Docket No. 18.

[2]Docket No. 27.

1