IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DENALI NICOLE SMITH, )
)
Plaintiff, )
)
vs. )
)
MICHAEL DUNLEAVY, in his official )
capacity of Governor of the State of Alaska, )
et al., )
) No. 3:19-cv-0298-HRH
Defendants. )
_____ )

O R D E R

Motion for Reconsideration[1]

Plaintiff moves pursuant to Rule 59(e), Federal Rules of Civil Procedure, for reconsideration of this court's order[2] denying plaintiff's motion for leave to file an amended complaint. Although the motion was expressly filed as one under Rule 59(e) – not under the court's local reconsideration rule (L.R. Civ. 7.3(h)) – no opposition to the motion has been served or filed.

Plaintiff's arguments in support of the instant motion are by and large the same arguments made in support of plaintiff's motion to amend. The court is unpersuaded that there is any error of fact or law in the court's order denying leave to file an amended complaint.

_____

[1]Docket No. 30.

[2]Docket No. 29.

ORDER – Motion for Reconsideration - 1 -

Plaintiff's motion for reconsideration pursuant to Rule 59(e) is denied.

DATED at Anchorage, Alaska, this  12th  day of March, 2020.


/s/   H. Russel Holland
United States District Judge