IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| DENALI NICOLE SMITH | v. | MICHAEL DUNLEAVY, in his official capacity of Governor of the State of Alaska, et al. |
| JUDGE H. RUSSEL HOLLAND | | CASE NO. 3:19-cv-0298-HRH |

PROCEEDINGS: ORDER FROM CHAMBERS

In consideration of the stay of civil proceedings imposed by Miscellaneous General Order No. 20-11, dated March 30, 2020, and Miscellaneous General Order No. 20-13, dated April 20, 2020, the parties' proposed confidentiality agreement shall be submitted as soon as possible, but not later than **June 8, 2020**.