KEVIN G. CLARKSON
ATTORNEY GENERAL

Rebecca H. Cain (Alaska Bar No. 9811056)
Chief Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6600
Facsimile: (907) 276-3697
Email: rebecca.cain@alaska.gov
Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI NICOLE SMITH, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DUNLEAVY, in his official capacity of Governor of the State of Alaska, KEVIN CLARKSON, in his official capacity as Attorney General of the State of Alaska, LUCINDA MAHONEY, in her official capacity as Commissioner of the State of Alaska, Department of Revenue, ANNE WESKE, in her official capacity as Director of the Permanent Fund Division, State of Alaska, Department of Revenue,<br><br>Defendants. | Case No.: 3:19-cv-00298-HRH |

**STATUS UPDATE IN RESPONSE TO COURT'S APRIL 22, 2020, ORDER**

On April 22, 2020, the Court ordered the parties' to file their proposed confidentiality agreement with the Court no later than June 8, 2020. Defendants file this status report with the Court updating the Court on the parties' attempts to reach a stipulated agreement concerning the exchange of confidential information. Despite the

diligent efforts of the parties and the exchange of several draft agreements prior to the deadline set by the Court, the parties could not reach agreement on the material terms of a confidentiality agreement. There remains a fundamental disagreement over the limitation that any confidential material produced in this litigation may only be used in this litigation. The parties will continue to work on discovery and, if they continue to be unable to reach an agreement, will file any appropriate motions with the Court.

DATED: June 8, 2020.

                              KEVIN G. CLARKSON
                              ATTORNEY GENERAL

                        By:   /s/Rebecca H. Cain
                             Rebecca H. Cain
                             Chief Assistant Attorney General
                             Alaska Bar No. 9811056
                             Department of Law
                             1031 West Fourth Avenue, Suite 200
                             Anchorage, AK 99501
                             Phone: (907) 269-6600
                             Facsimile: (907) 276-3697
                             Email: rebecca.cain@alaska.gov
                             Attorney for State of Alaska

Certificate of Service

I certify that on June 8, 2020 the foregoing **STATUS UPDATE IN RESPONSE TO COURT'S APRIL 22, 2020, ORDER** was served electronically on:

Caitlin Shortell
911 W. 8th Ave., Suite 204
Anchorage, AK 99501

Heather L. Gardner
645 G Street, Suite 100-754
Anchorage, AK 99501

cs.sgalaw@gmail.com and hgardnerlaw@gmail.com

/s/Rebecca H. Cain
Rebecca H. Cain, Chief Assistant Attorney General