CLYDE "ED" SNIFFEN, JR.
ACTING ATTORNEY GENERAL

Rebecca H. Cain (Alaska Bar No. 9811056)
Chief Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Ste. 200
Anchorage, AK 99501
Telephone: (907) 269-6600
Facsimile: (907) 276-3697
Email: rebecca.cain@alaska.gov
Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI NICOLE SMITH, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL DUNLEAVY, in his official capacity of Governor of the State of Alaska, Clyde "Ed" Sniffen, Jr., in his official capacity as Acting Attorney General of the State of Alaska, LUCINDA MAHONEY, in her official capacity as Commissioner of the State of Alaska, Department of Revenue, ANNE WESKE, in her official capacity as Director of the Permanent Fund Division, State of Alaska, Department of Revenue,,<br><br>Defendants. | Case No.: 3:19-cv-00298-HRH<br><br><br><br>**NON-OPPOSITION TO MOTION TO EXTEND PRE-TRIAL DEADLINES AND CLARIFICATION** |

On December 20, 2020, Plaintiff filed a motion to extend the pre-trial deadlines in this matter. Defendants do not oppose the requested extension but wish to clarify a misapprehension that may be created by Plaintiff's passing discussion of initial disclosures in her motion. Plaintiff's motion states that she only received initial disclosures from Defendants on November 17, 2020. The parties exchanged initial

disclosures in February 2020, in accordance with the deadline specified in the Court's Scheduling and Planning Order. In their disclosures, both parties identified but did not produce the documents that they might rely upon at trial as allowed under FRCP 26(a)(1)(A)(ii). On October 13, 2020, Plaintiff asked for copies of or the opportunity to inspect the documents identified by Defendants. Defendants provided copies of the identified documents to Plaintiff along with an amended initial disclosure on November 17, 2020. To the extent that Plaintiff's filing may inadvertently leave the court with the impression that the parties have not complied with discovery deadlines set by the Court, the Defendants wish to clarify that initial disclosures were timely exchanged in February.

Defendants otherwise have no objection to the extension of pre-trial deadlines requested in Plaintiff's motion.

DATED: December 14, 2020.

CLYDE "ED" SNIFFEN, JR.
ACTING ATTORNEY GENERAL

By: /s/Rebecca H. Cain
Rebecca H. Cain
Chief Assistant Attorney General
Attorney for Defendants

Certificate of Service
I certify that on December 14, 2020 the foregoing **Non-Opposition To Motion To Extend Pre-Trial Deadlines And Clarification** was served electronically on:

| Caitlin Shortell | Heather L. Gardner |
| 911 W. 8th Ave., Suite 204 | Attorney |
| Anchorage, AK 99501 | 645 G Street, Suite 100-754 |
| | Anchorage, AK 99501 |

cs.sgalaw@gmail.com and hgardnerlaw@gmail.com

/s/Rebecca H. Cain
Rebecca H. Cain, Chief Assistant Attorney General

Smith v. Dunleavy, et al    Case No.: 3:19-cv-00298-HRH
NON-OPPOSITION    Page 2 of 2
Case 3:19-cv-00298-HRH   Document 37   Filed 12/14/20   Page 2 of 2