CLYDE "ED" SNIFFEN, JR.
ACTING ATTORNEY GENERAL

Rebecca E. Hattan (Alaska Bar No. 0811096)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6600
Facsimile: (907) 276-3697
Email: rebecca.cain@alaska.gov
Attorney for State of Alaska

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI NICOLE SMITH, on behalf of herself and others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL DUNLEAVY, in his official capacity of Governor of the State of Alaska, CLYDE "ED" SNIFFEN JR., in his official capacity as Acting Attorney General of the State of Alaska, LUCINDA MAHONEY, in her official capacity as Commissioner of the State of Alaska, Department of Revenue, ANNE WESKE, in her official capacity as Director of the Permanent Fund Division, State of Alaska, Department of Revenue,<br><br>Defendants. | Supreme Court No.: 3:19-cv-00298-HRH<br><br><br><br><br><br><br><br><br><br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

Please take notice that Rebecca E. Hattan, Assistant Attorney General, Department of Law, 1031 West Fourth Avenue, Ste. 200, Anchorage, AK 99501, telephone (907) 465-3600, fax (907) 276-3697, E-Mail rebecca.hattan@alaska.gov, enters her appearance as counsel of record in the above-captioned matter on behalf of the copies of all notices, motions and pleadings in this matter should be sent to Rebecca E. Hattan at the address

above. This Notice of Substitution of Counsel is filed to substitute Rebecca E. Hattan for

Rebecca H. Cain as counsel of record.

        DATED December 14, 2020.

                              CLYDE "ED" SNIFFEN, JR.
                              ACTING ATTORNEY GENERAL

                        By:    /s/Rebecca E. Hattan
                              Rebecca E. Hattan
                              Assistant Attorney General

<u>Certificate of Service</u>
I certify that on December 14, 2020 the foregoing **Notice of Substitution of Counsel** was served electronically on:

| | |
|---|---|
| Caitlin Shortell | Heather L. Gardner |
| 911 W. 8th Ave., Suite 204 | Attorney |
| Anchorage, AK 99501 | 645 G Street, Suite 100-754 |
| | Anchorage, AK 99501 |

cs.sgalaw@gmail.com and hgardnerlaw@gmail.com

<u>/s/ Rebecca E. Hattan</u>
Rebecca E. Hattan, Assistant Attorney General

*Smith v. Dunleavy, et al*                                    Case No.: 3:19-cv-00298-HRH
NOTICE                                                                                              Page 2 of 2
Case 3:19-cv-00298-HRH   Document 38   Filed 12/14/20   Page 2 of 2