IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

DENALI NICOLE SMITH, )
)
                       Plaintiff, )
)
vs. )
)
MICHAEL DUNLEAVY, in his official )
capacity of Governor of the State of Alaska, )
et al., )
) No. 3:19-cv-0298-HRH
                      Defendants. )
)

O R D E R

Stipulated Motion to Dismiss Plaintiff's Request
for Damages and Injunctive Relief

Having reviewed the parties' *Stipulated Motion to Dismiss Plaintiff's Request for Damages and Injunctive Relief*,[1] filed December 16, 2020, the court hereby grants the motion.

The court hereby dismisses plaintiff's request for damages and injunctive relief in the following paragraphs of the complaint:[2]

P. 1 at ¶ 1;

P. 2 at ¶ 11;

P. 3 at ¶ 12(b);

---

[1] Docket No. 39.

[2] Docket No. 1.

ORDER – Stipulated Motion to Dismiss Plaintiff's
Request for Damages and Injunctive Relief          - 1 -

P. 12 at Title;

P. 12 at ¶ 37;

P. 15 at ¶ 49;

P. 16 at ¶ 51;

P. 20 from prayer for relief at B., C., D., E., G., H., and from J.

This order leaves intact plaintiff's requests for declaratory relief, attorney fees, and the rest of the complaint.

It is so ordered.

DATED at Anchorage, Alaska, this  22nd  day of December, 2020.

/s/   H. Russel Holland
United States District Judge