TREG R. TAYLOR
ATTORNEY GENERAL

Rebecca E. Hattan (Alaska Bar No. 0811096)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6600
Facsimile: (907) 276-3697
Email: rebecca.hattan@alaska.gov

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI NICOLE SMITH, on behalf of herself and others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL DUNLEAVY, in his official capacity of Governor of the State of Alaska, KEVIN CLARKSON, in his official capacity as Attorney General of the State of Alaska, LUCINDA MAHONEY, in her official capacity as Commissioner of the State of Alaska, Department of Revenue, ANNE WESKE, in her official capacity as Director of the Permanent Fund Division, State of Alaska, Department of Revenue,<br><br>    Defendants. | Case No.: 3:19-cv-00298-HRH |

**JOINT MOTION FOR DISMISSAL**

1. The above-captioned plaintiffs and defendants (collectively "the Parties"), hereby move for the dismissal of this proceeding under Federal Rule of Civil Procedure 41(a)(2).

2. On April 14, 2021, the Parties agreed upon the attached Settlement Agreement and Release. The Agreement resolves litigation initiated by the plaintiffs. In consideration of, and consistent with the terms of the Settlement Agreement and Release, the Parties jointly move the Court to dismiss the lawsuit with prejudice.

3. Each Party shall bear its own costs and attorneys' fees.

**MOVED AND CONSENTED TO BY**:

DATED: April 14, 2021.                DENALI SMITH
                                      *Plaintiff*

                           By:   */s/Caitlin Shortell*
                                 Caitlin Shortell (ABA No. 0405027)
                                 Shortell Gardner LLC
                                 *Attorney for Plaintiffs*

                           By:   */s/Heather Gardner*
                                 Heather Gardner (ABA No. 0111079)
                                 Shortell Gardner LLC
                                 *Attorney for Plaintiffs*

DATED: April 14, 2021.                TREG R. TAYLOR
                                      ATTORNEY GENERAL

                           By:   */s/Rebecca Hattan*
                                 Rebecca E. Hattan (ABA No. 0811096)
                                 Assistant Attorney General
                                 *Attorney for Defendants*

**CERTIFICATE OF SERVICE**
I certify the following Joint Motion for Dismissal was served on all registered parties via the CM/ECF filing system on 4/14/2021.

*/s/Rebecca Hattan*
Rebecca E. Hattan, Assistant Attorney General

*Smith v. Dunleavy, et al.*                                    Case No: 3:19-cv-00298-HRH
JOINT MOTION FOR DISMISSAL                                              Page 2 of 2
Case 3:19-cv-00298-HRH   Document 44   Filed 04/14/21   Page 2 of 2