TREG R. TAYLOR
ATTORNEY GENERAL

Rebecca E. Hattan (Alaska Bar No. 0811096)
Assistant Attorney General
Department of Law
1031 West Fourth Avenue, Suite 200
Anchorage, AK 99501
Telephone: (907) 269-6600
Facsimile: (907) 276-3697
Email: rebecca.hattan@alaska.gov

*Attorney for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| DENALI NICOLE SMITH, on behalf of herself and others similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MICHAEL DUNLEAVY, in his official capacity of Governor of the State of Alaska, KEVIN CLARKSON, in his official capacity as Attorney General of the State of Alaska, LUCINDA MAHONEY, in her official capacity as Commissioner of the State of Alaska, Department of Revenue, ANNE WESKE, in her official capacity as Director of the Permanent Fund Division, State of Alaska, Department of Revenue,<br><br>　　　　Defendants. | Case No.: 3:19-cv-00298-HRH |

**ORDER GRANTING JOINT MOTION FOR DISMISSAL**

The parties have moved this Court for the dismissal of this proceeding under Federal Rule of Civil Procedure 41(a)(2), dismissal with prejudice, and for each Party to bear its own costs and attorneys' fees.

In consideration of, and consistent with the terms of the Settlement Agreement and Release dated April 14, 2021, and the Parties' joint motion to this Court,

IT IS HERBY ORDERED this proceeding is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED**

DATED: this _____ day of _____, 2021.

                                                                    _____
                                                                     Honorable H. Russel Holland
                                                                     United States District Court Judge

*Smith v. Dunleavy, et al.*                                                                         Case No: 3:19-cv-00298-HRH
ORDER GRANTING JOINT MOTION FOR DISMISSAL                        Page 2 of 2
Case 3:19-cv-00298-HRH    Document 44-2    Filed 04/14/21    Page 2 of 2